IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JARED DUANE SLAY, RN,

    Petitioner,

v.

STATE OF FLORIDA,
DEPARTMENT OF HEALTH,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0089

Opinion filed April 15, 2015.

An appeal from an order of the Department of Health.

Michael R. D'Lugo of Wicker, Smith, O'hara, McCoy & Ford, P.A., Orlando, for
Petitioner.

Therese A. Savona, Chief Appellate Counsel, Florida Department of Health, for
Respondent.

PER CURIAM.

    Appellant petitions for review of a non-final administrative order which

imposed emergency restrictions on his nursing license.  Section 120.60(6), Florida

Statutes, permits an emergency restriction of a license so long as "[t]he agency takes only that action necessary to protect the public interest under the emergency procedure" and states in writing the "specific facts and reasons for finding an immediate danger to the public health." We find that the order recited sufficient facts and reasons to support the emergency restriction and the restrictions were narrowly tailored as required to fairly address the public safety pending the formal administrative action. See Nath v. State Dep't of Health, 100 So. 3d 1273, 1276 (Fla. 1st DCA 2012); Burton v. State Dep't of Health, 116 So. 3d 1285, 1286-87 (Fla. 1st DCA 2013).

Therefore, the petition is DENIED.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.